ELECTRONICALLY FILED - 2025 May 05 11:36 AM - HAMPTON - COMMON PLEAS - CASE#2025CP2500159

| | |
|---|---|
| STATE OF SOUTH CAROLINA | IN THE COURT OF COMMON PLEAS |
| COUNTY OF HAMPTON | Civil Action No. 2025-CP-25-00159 |
| Sheila Bell and Joshua Bell,<br>Plaintiffs, | **AFFIDAVIT OF SERVICE** |
| vs. | |
| Santhan Manthiri and 9121-5848 Quebec Inc., d/b/a Advance Freight Services,<br>Defendants. | |

Personally appeared before me the affiant who, being duly sworn, states that she is over eighteen years of age and is an employee of Morgan & Morgan, P.A. On April 28, 2025, the affiant served (1) the Summons and Complaint, (2) a Plaintiff's First Requests for Production to Defendant, (3) Plaintiff's First Request for Admission to Defendant, and (4) Plaintiff's First Interrogatories to Defendant Driver (5) a Plaintiff's First Requests for Production to Defendant Company, (6) Plaintiff's First Request for Admission to Defendant, and (7) Plaintiff's First Interrogatories to Defendant Company to the Defendant Santhan Manthiri and 9121-5848 Quebec Inc., d/b/a Advance Freight Services, acting as both defendant company and defendant driver, by depositing those documents with the commercial delivery service Federal Express, tracking number 8808-6755-2697, to be delivered to 4324 Wade Hampton Boulevard, Suite B, Taylors, South Carolina 29687. The delivery record for that tracking number, attached as **Exhibit A**, shows that the South Carolina received and signed for the delivery on May 1, 2025 at 12:17 P.M.

Sworn to before me this
2nd of May, 2025

_____
Notary Public of South Carolina
My Commission expires: 3/6/29

_____
Affiant Signature

ELECTRONICALLY FILED - 2025 May 05 11:36 AM - HAMPTON - COMMON PLEAS - CASE#2025CP2500159

# EXHIBIT A

**FedEx**

May 02, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 8808-6755-2697

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | U.Taylor | **Delivery Location:** | 4324 WADE HAMPTON BLVD STE B |
| **Service type:** | FedEx 2Day | | |
| **Special Handling:** | Deliver Weekday; Direct Signature Required | | TAYLORS, SC, 29687 |
| | | **Delivery date:** | May 1, 2025 12:17 |

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 8808-6755-2697 | **Ship Date:** | Apr 29, 2025 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
Robert D. Moseley, Jr., Moseley Marcinak Law Group, LLP
4324 WADE HAMPTON BLVD STE B
TAYLORS, SC, US, 29687

**Shipper:**
MORGAN & MORGAN PA
4401 Belle Oaks Dr Fl 3
NORTH CHARLESTON, SC, US, 29405



U. TAYLOR
#11, 12:18, 1 Del, 0 NonDel

Thank you for choosing FedEx

ELECTRONICALLY FILED - 2025 May 05 11:36 AM - HAMPTON - COMMON PLEAS - CASE#2025CP2500159