IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

SHEILA BELL and JOSHUA BELL,

               Civil Action No.: 9:25-cv-04788-RMG

    Plaintiffs,

 v.

               **RULE 26(f) REPORT**

SANTHAN MANTHIRI and 9121-5848
QUEBEC INC, d/b/a ADVANCE FREIGHT
SERVICES,

       Defendants.

The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

☐ We agree that the schedule set forth in the Conference and Scheduling Order filed is appropriate for this case. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☒ We agree that the schedule set forth in the Conference and Scheduling Order filed requires modification as set forth in the proposed Consent Amended Scheduling Order which will be e-mailed to chambers as required (use format of the Court's standard scheduling order). **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☐ We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the Court. **The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

(SIGNATURE PAGE ATTACHED)

1

| | |
|---|---|
| s/ Jonathan D. Graham<br>Jonathan D. Graham, Fed. Bar No.: 13969<br>Morgan & Morgan, P.A.<br>4401 Belle Oaks Drive, Suite 300<br>North Charleson, SC  29405<br>(843) 947-6063<br>(843) 947-6113 (fax)<br>jgraham@forthepeople.com<br><br>***Attorneys for Plaintiffs*** | s/ Dana Maurizio Klingener<br>Dana M. Klingener, Fed. Bar No.: 13414<br>Willson Jones Carter & Baxley<br>4922 O'Hear Avenue, Suite 301<br>North Charleston, SC  29405<br>Telephone: (843) 284-1096<br>Facsimile: (843) 606-3300<br>dmklingener@wjcblaw.com<br><br>***Attorneys or Defendants*** |