IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| SHEILA BELL and JOSHUA BELL, | Civil Action No.: 9:25-cv-04788-RMG |
| Plaintiffs, | |
| v. | |
| SANTHAN MANTHIRI and 9121-5848 QUEBEC INC, d/b/a ADVANCE FREIGHT SERVICES, | MEDIATION OF CASES PENDING BEFORE JUDGE GERGEL |
| Defendants. | |

1. **Would early mediation be useful in this case? If the answer is in the affirmative, when would you propose to conduct mediation in this matter?**

   No. The parties need to conduct discovery and depositions prior to mediation.

2. **If early mediation is not thought to be useful, when is the earliest stage in which you believe it might be useful?**

   Following the competition of discovery on or before February 2, 2026.

3. **Please provide the court with any additional information that would assist in setting a timeline for required mediation.**

   None at this time.

| | |
|---|---|
| s/Jonathan D. Graham | s/ Dana Maurizio Klingener |
| Jonathan D. Graham, Fed. Bar No.: 13969 | Dana M. Klingener, Fed. Bar No.: 13414 |
| Morgan & Morgan, P.A. | Willson Jones Carter & Baxley |
| 4401 Belle Oaks Drive, Suite 300 | 4922 O'Hear Avenue, Suite 301 |
| North Charleson, SC  29405 | North Charleston, SC  29405 |
| (843) 947-6063 | Telephone: (843) 284-1096 |
| (843) 947-6113 (fax) | Facsimile: (843) 606-3300 |
| jgraham@forthepeople.com | dmklingener@wjcblaw.com |
| ***Attorneys for Plaintiffs*** | ***Attorneys or Defendants*** |