IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| SHEILA BELL and JOSHUA BELL,<br><br>                                Plaintiffs,<br><br>v.<br><br>SANTHAN MANTHIRI and 9121-5848 QUEBEC INC, d/b/a ADVANCE FREIGHT SERVICES,<br><br>                                Defendants. | Civil Action No.: 9:25-cv-04788-RMG<br><br><br>**DEFENDANTS' INITIAL DISCLOSURES PURSUANT TO RULE 26(A)(1)** |

      Pursuant to Fed. R. of Civ. P. Rule 26(a)(1) and the Court's scheduling order, Defendants do hereby make the following initial disclosures:

    i.    The name, and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment;

**DISCLOSURE: Defendants believe the following individuals are likely to have discoverable information:**

1. Santhan Manthiri
   212 Place Roy
   Saint-Zotique, Quebec J0P1Z0
   Mr. Manthiri is expected to testify about the events before, leading up to, and after the accident.

2. Sheila M Bell
   212 Raymond Drive
   Mahomet, IL 61853
   Ms. Bell is expected to testify about the events before, leading up to, and after the accident.

3. Joshua Bell
   120 Secretary Trail
   Palm Coast, FL
   Mr. Bell is expected to testify about the events before, leading up to, and after the accident.

4. Lt Michael Strauss
   Yemassee Police Department
   101 Town Circle

    Yesmassee, South Carolina 29945
**LT Michael Strauss is expected to testify about his observations and conversations after the subject accident.**

5. **Bajet Singh Rai**
   **President of Advance Freight Services**
   **124 Rue Jacques-Hetu**
   **Vaudreuil-Dorion, PQ J7V 0Y9**
   **Mr. Rai is expected to testify about the subject accident and employment of Mr. Manthiri.**

  **Defendants reserve the right to supplement this list through discovery.**

ii.    A copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to supports its claims or defenses, unless the use would be solely for impeachment;

**DISCLOSURE: Defendants are in possession of driver vehicle inspection reports, Defendant Manthiri's human resources file, driver/vehicle examination report, driving history, and applicable declarations pages.**

iii.    A computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered; and

**DISCLOSURE: None at this time.**

iv.    For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**DISCLOSURE: None at this time.**

                                                      WILLSON JONES CARTER & BAXLEY, P.A.

                                                      s/ Dana Maurizio Klingener
                                                      Dana M. Klingener, FED ID No.: 13414
                                                      4922 O'Hear Avenue, Suite 301
                                                      North Charleston, SC 29405
                                                      Telephone: (843) 284-1096
                                                      Facsimile: (843) 606-3300
                                                      dmklingener@wjcblaw.com

                                                     **ATTORNEYS FOR DEFENDANTS**

July 25, 2025
North Charleston, South Carolina