IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

SHEILA BELL and JOSHUA BELL,

Civil Action No.: 9:25-cv-04788-RMG

Plaintiffs,

v.

SANTHAN MANTHIRI and 9121-5848
QUEBEC INC, d/b/a ADVANCE FREIGHT
SERVICES,

**PROPOSED ORDER GRANTING
CONSENT MOTION FOR EXTENSION
OF TIME TO COMPLETE DISCOVERY**

Defendants.

The Parties, by way of counsel, in the above-mentioned action have requested this Court enter an Amended Scheduling Order to allow for the orderly completion of discovery. The parties attached a proposed Amended Scheduling Order for the Court's consideration to their Motion. Id. The Motion was made in good faith, and not for purposes of delay. Further, this is the first extension requested on behalf of each party.

**IT IS THEREFORE ORDERED** that the parties' Consent Motion for Extension of Time to Complete Discovery is hereby Granted.

**IT IS SO ORDERED.**

_____
United State District Judge

Beaufort, South Carolina
October ___, 2025

1