IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

SHEILA BELL and JOSHUA BELL,

           Plaintiffs,

v.

SANTHAN MANTHIRI and 9121-5848
QUEBEC INC, d/b/a ADVANCE FREIGHT
SERVICES,

           Defendants.

Civil Action No.: 9:25-cv-04788-RMG

**CONSENT MOTION TO ALTER TIME**

Pursuant to Local Rule 6.01, the parties jointly request that the deadline for mediation be extended until April 1, 2026. An Amended Scheduling Order was recently entered (Entry Number 13) extending discovery cutoff to March 1, 2026. The parties are in the process of completing discovery and scheduling depositions and additional time is needed to conduct mediation. We respectfully request that the Order to Conduct mediation in the above referenced matter be altered to take place no later than April 1, 2026.

**WE SO MOVE:**

s/ Dana Maurizio Klingener
Dana M. Klingener, (FED ID No.: 13414)
Willson Jones Carter & Baxley, P.A.
4922 O'Hear Avenue, Suite 301
North Charleston, SC  29405
(843) 284-1096; (843) 606-3300 (fax)
dmklingener@wjcblaw.com
Attorneys for Defendants

**WE CONSENT:**

s/Jonathan D. Graham
Jonathan D. Graham ( FED Id No: 13969)
MORGAN & MORGAN, P.A.
4401 Belle Oaks Drive, Suite 300
North Charleston, SC 29405
(843) 947-6063; (843) 847-6113 (fax)
jgraham@forthepeople.com
Attorneys for Plaintiff