IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

SHEILA BELL and JOSHUA BELL,

                              Civil Action No.: 9:25-cv-04788-RMG

                Plaintiffs,

v.

                             **DEFENDANTS' RULE 26(A)(2)**
SANTHAN MANTHIRI and 9121-5848      **EXPERT WITNESS DISCLOSURES**
QUEBEC INC, d/b/a ADVANCE FREIGHT
SERVICES,

                Defendants.

Defendants hereby submit their expert disclosures as required by Federal Rule of Civil

Procedure 26(a)(2) and this Court's Case Management and Scheduling Order. Defendants

designate the following retained expert witnesses wo are expected to be called to offer opinions

and testify at trial:

    1.  Seth Bowman, M.D.
        1910 Blanding Street
        Columbia, SC 29206

Dr. Bowman is board certified by the South Carolina Board of Examiners in Orthopedic Surgery.
Dr. Bowman is expected to testify and offer opinions on his independent medical review and
evaluation of Plaintiff Sheila Bell's medical records regarding causation, status and course of
treatment of Plaintiff's alleged injuries and his expert opinion and review of Sheila Bell's medical
and treatment records, the significance of those records/tests/data/evaluations, and whether there
is a causal nexus between the incident complained of by Plaintiff, Sheila Bell and the medical
conditions complained of by Plaintiff Sheila Bell. Dr. Bowman is also expected to testify as to
future prognosis as well as to the nature of Plaintiff Sheila Bell's alleged injuries, her prior medical
treatment, and her future prognosis. Dr. Bowman may offer opinions on Plaintiff's future medical
needs, occupational, and rehabilitative needs, including opinions relating to any existing or future
life care plan drafted on behalf of Plaintiff. Dr. Bowman's CV, report and invoice are attached
hereto.

2. Bejamin Schell, M.D., M.S.
   1625 Hospital Drive
   Mount Pleasant, SC 29464

Dr. Schell is board certified by the South Carolina Board of Examiners in Orthopedic Surgery.

Dr. Schell is expected to testify and offer opinions on his independent medical review and evaluation of Plaintiff Sheila Bell and Joshua Bell's medical records regarding causation, status and course of treatment of Plaintiffs alleged injuries and his expert opinion and review of Sheila Bell's and Joshua Bell's medical and treatment records, the significance of those records/tests/data/evaluations, and whether there is a causal nexus between the incident complained of by Plaintiffs, Sheila Bell and Joshua Bell, and the medical conditions complained of by Plaintiffs Sheila Bell and Joshua Bell. Dr. Schell is also expected to testify as to future prognosis as well as to the nature of Plaintiffs Sheila Bell's and Joshua Bell's alleged injuries, their prior medical treatment, and future prognosis. Dr. Schell may offer opinions on Plaintiffs' future medical needs, occupational, and rehabilitative needs, including opinions relating to any existing or future life care plan drafted on behalf of Plaintiffs. Dr. Schell's CV, reports invoices are attached hereto.

Defendants also reserve the right to call any expert identified by any party and any expert who advised or served any party as an expert witness at the trial of this case. Defendants further reserve the right to supplement this disclosure should the case develop in such a way to warrant additional expert testimony. Defendants further reserve the right to elicit expert testimony from individuals named as experts by other parties, as well as any other witnesses later discovered who may qualify as experts under the Rules of Evidence.

WILLSON JONES CARTER & BAXLEY, P.A.

s/ Dana Maurizio Klingener
Dana M. Klingener, (FED ID No.: 13414)
4922 O'Hear Avenue, Suite 301
North Charleston, SC  29405
Telephone: (843) 284-1096
Facsimile: (843) 606-3300
dmklingener@wjcblaw.com

**ATTORNEYS FOR DEFENDANTS**

February 6, 2026
North Charleston, South Carolina

January 28, 2026

Ms. Dana Maurizio Klingener
Wilson, Jones, Carter, and Baxley
4922 O'Hear Avenue Suite 301
North Charleston, SC 29405

RE: Sheila Bell and Joshua Bell v. Santhan Manthiri and 9121-5848 Quebec Inc., d/b/a Advance freight services
Case No.: 2025CP2500159
JM File # 21579

I, Seth Bowman, MD submit the following written report based on my education, experience, and knowledge acquired from my years of practice as a fellowship trained orthopedic surgeon specializing in hand and upper extremity surgery. My opinions have been made to a reasonable degree of medical certainty in the field of Orthopedic surgery. My opinions are based on the information available to me as of the date of this report, as well as my education and experience as an orthopedic surgeon who carries a subspecialty certification in hand and upper extremity surgery. I reserve the right to supplement and/or amend this report in the event that additional information becomes available in this manner.

As provided in my curriculum vitae, I am a double board-certified orthopedic surgeon specializing in the treatment of the hand and upper extremity. I am board-certified to the American board of Orthopedic Surgeons with a second board certification through the American board of Orthopedic Surgeons added qualifications in hand and upper extremity surgery.

**Accident Summary**

On October 11, 2024, according to the South Carolina traffic collision report, the patient was a 40-year-old female restrained driver of a vehicle that was rear ended by the defendant who was driving a semi-truck. The patient's automobile was struck on the rear driver's side and no airbags were deployed. She refused EMS transport to the hospital but presented on her own accord complaining of abdominal pain. There were no other complaints about any other body parts and that initial presentation to the emergency department. She stated that she had a history of gastric bypass surgery in September of 2024. A CT scan of the abdomen and pelvis was performed which was normal and the patient was discharged home.

**Pertinent prior medical history**

The patient's past medical history included gastric bypass surgery done in September of 2024, obesity, diabetes, left ankle fracture from falling on ice and a left thumb fracture. She did endorse a prior MVA on October 15, 2022, in which she sustained an injury to the shins with no chronic ongoing injuries.

**Medical Summary after the injury on October 11, 2024**

Upon presentation to AHPCT Palm Coast Hospital on October 11, 2024, she again complained only of abdominal pain. Specifically, there was no endorsement of any head, neck, back, or shoulder pain. A CT scan of the abdomen and pelvis was performed and was normal. She was discharged home. Her diagnosis was right lower quadrant abdominal pain status post motor vehicle collision.

On October 25, 2024, she then presented to wellness one chiropractic for an initial evaluation with Dr. Gunn, D.O. It was not until this point, 2 weeks later, that she started to endorse headaches, neck pain, back pain and there was one brief mention of left shoulder pain. It should be noted that in all the medical records that I reviewed there were only two mentions of shoulder pain the 1st 2 weeks after the injury and the second was not again until several months after the injury. Dr. Gunn recommended a course of conservative treatment including physical therapy, referral to pain management specialist and was prescribed some topical and oral medications to aid her with her symptoms.

From October 28, 2024, through November 17, 2025, she completed 38 sessions of physical therapy noting improvement of her symptoms. Again, it should be noted in all the therapy visits that there were no specific complaints of any shoulder pain.

On October 24, 2024, she then presented to Dr. Mark Willits, M.D. at Zion Medical for an initial evaluation again complaining of mid and lower back pain. It should be noted that at this presentation there was no documentation about any head, neck or shoulder symptoms. She was diagnosed with pain in the thoracic spine and low back pain with likely lumbar radiculopathy and thoracic and lumbar facet syndrome. An MRI was ordered this was completed on October 31, 2024, of the thoracic spine which showed a posterior central disc herniation at T7-8 with mild spinal stenosis. At T8-9 there was noted to be a left small paracentral disc herniation which did not correlate with the patient's right lower extremity symptoms. An MRI of the lumbar spine at that time showed loss of the normal lordotic curvature and a mild disc bulge at L4-5 and L5-S1. The patient had a later MRI of her cervical spine on November 15, 2024, which showed the loss of the normal lordotic curvature disc bulging at C4-5 and C5-6 resulting in mild spinal canal stenosis there was not seen any right or left neuroforaminal stenosis.

On November 21, 2024, she followed up with Dr. Willits, where she complained of right leg numbness which again did not correlate with her findings on the MRI and some bilateral hand numbness or tingling. Again, there were no complaints of any shoulder pain. She was diagnosed with a cervical disc herniation, thoracic disc herniation and lumbar disc herniation with facet syndrome. Dr. Willits recommended anti-inflammatory medications and a cervical epidural steroid injection and lumbar epidural steroid injection.

On December 18, 2024, she was referred to Dr. Bryan Thomas to evaluate for the injections. Again, no complaints of shoulder pain were noted. She was noted in all these visits to have normal reflexes and muscle strength throughout her bilateral upper and lower extremities. The patient was scheduled for a cervical epidural steroid injection, which was then performed on January 21, 2025. She noted approximately 50% relief from this injection. At this point, it was documented that her cervical, thoracic, and lumbar spine pain was manageable with her ongoing conservative treatment.

On March 12, 2025, she presented to Raymond Parkhurst, D.C. (chiropractor) where again, she did not endorse any significant shoulder pain. In review of this note it appears as if she was sent here to determine whether not she was at MMI. It was noted at this time that he did believe her to be at MMI and assigned her a 16% WPI permanent physical impairment rating and recommended future care including advanced imaging and future medical and surgical care.

On June 10, 2025, she presented to what appears to be another pain management physician, Dr. Ricardo Nieves, M.D. Again, no complaints about shoulder pain were mentioned. It was recommended that she undergo a cervical epidural steroid injection again with Dr. Thomas which was then performed on July 9th of 2025. She presented back to Dr. Thomas a few weeks later noting that she had about 70% sustained relief with the injection and then later on September 3rd had a thoracic epidural steroid injection at T8-9 and then on November 13, 2025, she underwent bilateral lumbar medial branch blocks again by Dr. Thomas.

On December 16, 2025, she followed up with Dr. Thomas, and this is the only other time she started complaining of left shoulder pain. It was documented in this note that she did get improvement from the medial branch blocks, but in all her pain management visits with these multiple physicians there was no discussion of any surgical intervention. The patient noted that she did not get enough relief to proceed with a radiofrequency ablation or further treatment.

Finally, on December 24, 2025, she presented to Dr. Christopher Sellars, D.O., for a life care plan.


**Summary of Chart Review and Medical Opinions:**

**Diagnostic Condition #1: Cervical sprain with disc bulging at C4-5 and C5-6 with cervical radiculopathy**

In my professional opinion, based on the review of the pictures from the damage of the car which appeared very minor in nature, the lack of airbag deployment again indicating a relatively minor, low energy injury, and the fact that the patient denied transportation to the emergency department via ambulance and instead,  elected to drive herself, these are all indicators to me as a fellowship trained orthopedic surgeon that this was a relatively minor injury. Her only initial complaint upon presentation to the emergency department directly after the injury was abdominal pain. She did not have any complaints of neck pain, head or shoulder pain, thoracic or lumbar back pain at the initial time and it was not until 2 weeks later that she presented for evaluation of these injuries. Based on these findings I believe to a reasonable degree of medical certainty that more likely than not her cervical sprain with disc bulging at these levels is unrelated to her motor vehicle accident. I believe her to be at maximum medical improvement for these conditions I would not anticipate any future medical needs.

**Diagnostic Condition #2: Reported left shoulder sprain**

Based on extensive review of the evidence provided and review of the notes again, there is only one mention of shoulder pain at her 2-week follow-up with the physical therapist and no mention of this again until almost one year later. This coupled with the fact that there were no complaints of shoulder pain upon her immediate presentation to the emergency department on the day of the injury, I therefore would conclude that her shoulder pain more likely than not, to a reasonable degree of medical certainty, is unrelated to the MVA in question. I believe her to be at maximal medical improvement from her shoulder condition. I do not anticipate any future medical needs as it pertains to this injury in question.

**Diagnostic Condition #3: Thoracic sprain with thoracic facet syndrome and disc bulge at T7-8 and T8-9 without spinal stenosis**

Again, given that there was no complaints of thoracic or back pain until several weeks after the injury and there was no documentation of this upon initial presentation to the emergency room, more likely than not to a reasonable degree of medical certainty, I do not believe her thoracic sprain with thoracic facet syndrome and disc bulge at these levels to be related to her motor vehicle injury. Therefore, she is at maximal medical improvement, and I do not anticipate any future medical needs.

**Diagnostic Condition #4:  Lumbar sprain with lumbar facet syndrome and disc bulge at L4-5 and L5-S1 without stenosis**

Given that the patient did not have any complaints of lumbar back pain upon initial presentation to the emergency department and that these complaints did not develop for several weeks after the injury it is my professional opinion therefore that beyond a reasonable degree of medical certainty, more likely than not, her lumbar sprain and disc bulge are unrelated to the MVA in question. Given her significant obesity that required gastric bypass surgery, it is well documented that obese patients have a much higher likelihood of developing cervical, thoracic and lumbar spine problems down the road, and it is more likely than not that her neck and back problems were a result of her chronic obesity rather than the motor vehicle injury.  I believe her to be at MMI with regards to the lumbar spine, and I do not anticipate any future medical needs.

**Diagnostic Condition #5: Chronic pain with headaches and insomnia**

Given the lack of physical evidence or documentation to support any direct trauma to the head or neck area, and the fact that the patient did not have any of these complaints in multiple of her visits after the injury in question, I would therefore conclude that beyond a reasonable degree of medical certainty, more likely than not, her chronic pain, headaches, and insomnia are unrelated to the motor vehicle injury. I believe her to be at MMI for these conditions, and I do not anticipate any future medical needs.

**Diagnostic Condition #6: Abdominal Pain**

Abdominal pain was the patient's only chief complaint upon presentation to the emergency department initially. A CT scan of the chest abdomen and pelvis was negative for any acute process, specifically there was noted to be no fractures or any soft tissue injury. There was no further documentation in any of her follow-up visits that she continued to complain of any further abdominal pain, therefore I would say that her abdominal pain was directly related to the motor vehicle injury and that she had an adequate workup to rule out any significant pathology. Based on my review of the records, it seems that her abdominal pain resolved within a short period of time, therefore I believe her to be at maximum medical improvement for this condition, and I would not anticipate any future medical needs.

*Dr. Seth Bowman, MD*
Dr. Seth Bowman, MD

January 28, 2026

Case 21579-2 – Josh Bell v Santhan Manthiri and Quebec Inc. d/b/a Advance Freight Services

I have reviewed all of the medical records supplied to me relating to the plaintiff, Josh Bell, and a motor vehicle collision that occurred on October 11, 2024.  At the time of the incident, Mr. Bell was 42 years old.  According to the accident report he was the restrained front passenger of a pickup truck that was rear-ended by a semitruck when the plaintiff was stopped in traffic.  There was no airbag deployment, and the plaintiff did not hit his head or lose consciousness.  The car was drivable per the records and this evaluation however per the records for his wife's case those records state the car was not drivable.  EMS presented to the scene and the plaintiff received medical treatment on scene per report for pain in his neck and shoulder..

He had also been involved in 3 prior motor vehicle collisions but those injuries had resolved and he did not have any complaints of headaches, neck pain, back pain prior to the October 11, 2024 accident.

On October 24, 2024, the plaintiff presented for chiropractic evaluation at Wellness One chiropractic for evaluation of headaches, neck pain, back pain and low back pain.  He underwent a total of 41 sessions.  He underwent a physical performance evaluation and impairment rating at wellness 1 chiropractic with Dr. Parkhurst on March 12, 2025.  At that point in time he was assigned a 15% permanent physical impairment rating of the whole body.  He is side 6% of the cervical spine, 2% to the thoracic spine and 7% to the lumbar spine.

On 11/15/2024 he underwent a cervical spine MRI which we only have the report and 1 partial image for.  The report sites posterior disc bulges at C4-5 and C5-6.  There is mild stenosis at C4-5 as well as moderate canal stenosis at C5-6 per the report.  He underwent a lumbar MRI on the same day which showed disc bulges and herniation at L4-5 per the report.  We do not have the images available there is 1 sagittal cut.

On December 3, 2024, the patient presented to Zion medical for evaluation of ongoing neck and low back pain.  He had been seeing the chiropractor through 2-3 times a week which was helping very briefly but continued to have aching numbness into his right arm with tingling.  He denied any symptoms in his neck or back prior to the October 11, 2024 accident.  He underwent multiple injections through Zion medical with partial relief in his lumbar spine describing pain in his lumbar spine is 8 out of 10 with cervical spine 5 out of 10 and his lumbar spine injections working for approximately 50% relief of 1 week.  He underwent a subsequent left side L4-5 transforaminal injection on March 28, 2025 with side medical.  After that injection he had 100% sustained relief for 1 week before the pain symptoms returned.

On September 12, 2025 he saw Dr. Atwater who given his ongoing symptoms and partial relief from injections recommended a endoscopic L4-5 TLIF and he subsequently underwent preoperative evaluation.  He subsequently saw a different surgeon Dr. Willits also at Zion medical who recommended a different procedure with the endoscopic microdiscectomy at L4-5.  He underwent the left-sided L4-5 transforaminal endoscopic foraminotomies, microdiscectomy and nerve root decompression on November 25, 2025 with Dr. Mark Willits.  At his 1 week postoperative appointment on December 4, 2025 he was having improved numbness and tingling as well as pain but he did still have some residual burning sensation in the buttock area and thigh that he described as a 7 out of 10. At his last documented follow-up on January 8, 2026 with Dr. Willits he describes his pain as a 3 out of 10 with no lower extremity symptoms.  He describes it is a 70% improvement in his pain.

He had a life care plan developed by Dr. Christopher Sellers on December 23, 2025 totaling $312,830.52.

Based on the review of the available medical records, mechanism of injury and post-accident reports, it is to a reasonable degree of medical certainty that the plaintiff, Josh Bell, aggravated his cervical, thoracic and lumbar pain and symptoms with likely a muscular strain and disc herniation with lumbar radiculopathy after being involved in a motor vehicle collision on October 11, 2024.

My opinions are based on my education, training and background as a board-certified orthopedic surgeon and spine surgeon.  They are also based on a complete review of all the available medical records supplied in this matter.  A reasonable degree of medical certainty was utilized to arrive at these opinions.

I reserve the right to amend these opinions should additional information be made available to me.

Thank you,

Benjamin Schell MD, MS

January 28, 2026

Case 21579-1 – Sheila Bell v Santhan Manthiri and Quebec Inc. d/b/a Advance Freight Services

I have reviewed all of the medical records supplied to me relating to the plaintiff, Sheila Bell, and a motor vehicle collision that occurred on October 11, 2024. At the time of the incident, Ms. Bell was 40 years old. According to the accident report she was the restrained driver of a pickup truck that was rear-ended by a semitruck when the plaintiff was stopped in traffic. There was no airbag deployment, and the plaintiff did not hit her head or lose consciousness. The car was not drivable and had to be towed. EMS presented to the scene however the plaintiff went to the ER on her own later that day for severe abdominal pain.

She was also involved in a prior MVC in 2022 but denied any ongoing injuries. She denied any cervical, thoracic, lumbar spine pain prior to the 10/11/2024 accident.

She underwent care beginning 10/24/2024 at Zion medical for the neck, thoracic as well as lumbar pain. At that point she described her back pain endothoracic is 3-8 as well as lumbar 4-9 out of 10. They initially began with MRIs as well as chiropractic therapy. She had a T8-9 interlaminar epidural steroid injection performed on September 3, 2025 with 70% sustained relief and at that time noticed continued improvement from her cervical epidural steroid injection as well describing her pain is 4-5 out of 10 with Dr. Bryan of Zion medical. She also had a C7-T1 epidural steroid injection on 7/9/2025 with 70% relief. She continue to follow with Zion medical until 12/16/2025.

She had a cervical MRI on 11/15/2024 with a report of C4-5 bulging disc as well as C5-6 broad posterior disc with mild canal stenosis. We do not have the actual MRI images just 1 sagittal cut which shows a mild posterior disc bulge at C5-6. She also had a thoracic MRI performed 10/31/2024. There is a posterior disc herniation at T7-8 as well as T8-9 both with mild canal stenosis per the report. There is only 1 sagittal cut showing these disc bulges and we do not have the formal images. There is also a lumbar MRI from 10/31/2024 which has an L4-5 as well as L5-S1 disc bulge per the report but we do not have those images available.

On 10/25/2024 she presented to Wellness One Chiropractic for evaluation of ongoing headaches as well as neck pain and back pain with left shoulder pain. At that point she was recommended to start lidocaine patches, muscle relaxers as well as therapy with a muscle relaxer. She was recommended to return 3 times per week for cervical, thoracic and lumbar adjustments. Symptoms would continue to wax and wane through the various adjustments she was having in her cervical, thoracic as well as her lumbar spine. The plaintiff stated in the 12/19/2024 visit that she was generally feeling about the same. She does note some intermittent waxing and waning of pain relief she gets during therapy how

long it lasts. She reached maximum recovery and was discharged to being seen on an as needed basis on December 17, 2025.

She also had a life care plan prepared by Dr. Christopher Sellers from December 24, 2025 totaling $261,329.20

Based on the review of the available medical records, mechanism of injury and post-accident reports, it is to a reasonable degree of medical certainty that the plaintiff, Sheila Bell, aggravated her cervical, thoracic and low back pain and symptoms with likely a muscular strain and thoracolumbar radiculitis after being involved in a motor vehicle collision on October 11, 2024.

My opinions are based on my education, training and background as a board-certified orthopedic surgeon and spine surgeon. They are also based on a complete review of all the available medical records supplied in this matter. A reasonable degree of medical certainty was utilized to arrive at these opinions.

I reserve the right to amend these opinions should additional information be made available to me.

Thank you,

Benjamin Schell MD, MS

Curriculum Vitae

# Seth Harrison Bowman, M.D.

1910 Blanding Street
Columbia, SC 29206



---

## CLINICAL PRACTICE:

**Midlands Orthopaedics & Neurosurgery**
Columbia, SC
2018 – Present

## TRAINING:

**Fellowship in Hand & Upper Extremity Surgery**
University of Virginia School of Medicine
Department of Orthopaedics
Charlottesville, VA
July 2017 – June 2018

**Residency in Orthopaedic Surgery**
Medical University of South Carolina
Department of Orthopaedics
Charleston, SC
July 2012 to June 2017

## EDUCATION:

**Medical School / Medical Doctorate**
Medical University of South Carolina
Charleston, SC
August 2008 – May 2012

**Undergraduate Studies / Bachelor of Science in Biochemistry**
*Magna cum laude*
College of Charleston
Charleston, SC
August 2002 – May 2006

## LICENSURE:

**South Carolina**
Issued 05/31/2018

## CERTIFICATION:

**American Board of Orthopaedic Surgery**
- Initially certified 12/04/2020

**American Board of Orthopaedic Surgery**
**Surgery of the Hand Subspecialty**
- Initially Certified 08/03/2021

## PROFESSIONAL MEMBERSHIPS:

- American Medical Association
- American Society for Surgery of the Hand
- American Academy of Orthopaedic Surgeons
- South Carolina Medical Association
- South Carolina Orthopaedic Association

## LEADERSHIP POSTIONS:

- **Member, Leadership Council**
  **South Carolina Orthopaedic Association**
  2019 – Present

- **Chief Resident, Department of Orthopaedics**
  **Medical University of South Carolina**
  2016 – 2017

## PUBLICATIONS:

1. **Bowman, Seth;** Salgado, Cassandra; DeWaay, Deborah**. "**Dengue Fever Presenting with Hepatitis." Am J Med Sci 2012;344(4):335–336.

2. **Bowman SH, MD**, Walton ZJ, MD, Slone HS, MD, Barfield WR, PhD, Shealy GJ, MD. "The Clinical Implications of Heterotopic Ossification in patients treated with radial head arthroplasty for trauma: A case series and review of the literature." Journal of Orthopaedics. 2016; (13): 272-277. PMID 27408502.

3. **Bowman, Seth**; Horst, Taylor;**;** Kokko, Kyle, Angermeier, Eric**.** "Patient Attitudes Toward Local Anesthesia With or Without Sedation for Minor Hand Procedures." (Accepted to Journal of Surgical Orthopaedic Advances).

4. **Bowman, Seth**; Braunstein, Jake; Kelly, Thomas; Rabinowitz, Justin; Barfield, William; Chhabra, Bobby; Haro, Mark. "Systematic review and meta-analysis of osteochondral autograft transplantation versus debridement in the treatment of osteochondritis dissecans of the capitellum."

**BOOK CHAPTERS:**

1. Messerschmidt CA, **Bowman SB,** Katz JK, Friedman RJ. Venous Thromboembolic Disease Stratification of Risk, Who Needs Aggressive Anticoagulation. Insall & Scott: SURGERY OF THE KNEE, 6th Edition.

2. Dacus  A, **Bowman SB**. Fractures of the Distal Humerus. In: Miller et al. Essential Orthopedics, 2nd edition. Elsevier, Chapter 62.

3. Dacus  A, **Bowman SB**. Radial head or neck fractures. In: Miller et al. Essential Orthopedics, 2nd edition. Elsevier, Chapter 63

4. Dacus  A, **Bowman SB**. Proximal Ulna Fractures. In: Miller et al. Essential Orthopedics, 2nd edition. Elsevier, Chapter 64.

5. Dacus  A, **Bowman SB**. Radial and Ulnar Shaft fractures. In: Miller et al. Essential Orthopedics, 2nd edition. Elsevier, Chapter 65.

6. Dacus  A, **Bowman SB**. Reduction of Elbow Dislocations. In: Miller et al. Essential Orthopedics, 2nd edition. Elsevier, Chapter 62.

**ORAL PRESENTATIONS:**

1. **Bowman SH, MD**, Walton ZJ, MD, Slone HS, MD, Barfield WR, PhD, Shealy GJ, MD. " The Clinical Implications of Heterotopic Ossification in patients treated with radial heda arthroplasty for trauma: A case series and review of the literature." Presented at MUSC Research Day. June, 2013.

2. **Bowman, Seth**; Horst, Taylor**;** Kokko, Kyle, Angermeier, Eric**.** "Patient Attitudes Toward Local Anesthesia With or Without Sedation for Minor Hand Procedures."  Awarded 1st place at the South Carolina Orthopedic Association Annual Meeting (Kiawah Island, SC) in 2014 and 1st place at the MUSC Research day June, 2014.

3. **Bowman, Seth**; Horst, Taylor**;** Kokko, Kyle, Angermeier, Eric**.** "Patient Attitudes Toward Local Anesthesia With or Without Sedation for Minor Hand Procedures."  Presented at SOA Annual Meeting in Naples, FL., July, 2016.

4. **Bowman, Seth**; Braunstein, Jake; Kelly, Thomas; Rabinoqitz, Justin; Barfield, William; Chhabra, Bobby; Haro, Mark. "Systematic review and meta-analysis of osteochondral autograft transplantation versus debridement in the treatment of osteochondritis dissecans of the capitellum." Presented at SCOA Annual Meeting in Kiawah Island, SC, August, 2016.

5. **Bowman, Seth**; Braunstein, Jake; Kelly, Thomas; Rabinoqitz, Justin; Barfield, William; Chhabra, Bobby; Haro, Mark. "Systematic review and meta-analysis of osteochondral autograft transplantation versus debridement in the treatment of osteochondritis dissecans of the capitellum." Presented at EOA Annual Meeting in New Orleans, LA., October, 2016.

**Updated June 2024**

**POSTER PRESENTATIONS:**

1. Skoner, Judith; Banks, Caroline; **Bowman, Seth**. "Management of Salivary Bypass Tube and Stent Migration in Pharyngoesophageal Microvascular Reconstruction." Presented at AAO-HNS Annual Meeting and OTO expo in San Francisco, September, 2011.

2. **Bowman, Seth**; Braunstein, Jake; Kelly, Thomas; Rabinowitz, Justin; Barfield, William; Chhabra, Bobby; Haro, Mark. "Systematic review and meta-analysis of osteochondral autograft transplantation versus debridement in the treatment of osteochondritis dissecans of the capitellum." Presented at AOSSM 2016 annual meeting in Colorado Springs, July, 2016.

**HONORS:**

- "Best of Columbia", Hand Surgery, 2020 – 2022

**SPORTS TEAMS:**

- Team Physician, First Baptist High School
  Charleston, SC
  2013 – 2016

**Testimony History-Seth Bowman, MD**

| DATE | JM CASE # | COURT CASE # | CASE NAME | DEPOSITION/TRIAL |
|------|-----------|--------------|-----------|------------------|
| 1/13/2022 | Non-JM | | patient id# 2194567 | Deposition |
| 4/19/2022 | Non-JM | | patient id# 3255364 | Deposition |
| 5/16/2022 | Non-JM | | patient id# 2194567 | Deposition |
| 5/17/2022 | Non-JM | | patient id# 3273036 | Deposition |
| 11/1/2022 | Non-JM | | patient id# 3292336 | Deposition |
| 11/15/2022 | Non-JM | | patient id# 325304 | Deposition |
| 11/16/2022 | Non-JM | | patient id# 3276665 | Deposition |
| 12/11/2024 | 14874 | 2023CP0701633, Beaufort County, SC | Lisa Whitley v Publix Super Markets, Inc. and Antwan Farmer | Deposition |
| 10/28/2025 | 20718 | 2024-CP-15-00013, Colleton Co | Witsell H. Beach, Jr. v Donald S. O'Bryan, Jr.; Wynn Farms LLC; and Brandon Linder | Deposition |



**CURRICULUM VITAE**

# Benjamin Alexander Schell MD, MS

## SUMMARY OF EXPERTISE:

I am a board-certified, fellowship-trained orthopedic spine surgeon with a clinical focus in degenerative spine conditions in adult patients. I routinely perform cervical and lumbar fusion as well as arthroplasty with and without robotic assistance.  I also perform SI (sacroiliac) fusion and spinal cord stimulator implantation. I am a reviewer for the *Global Spine Journal* and *Spinal Cord* and a member of several professional societies.

## CLINICAL PRACTICE:

**Orthopaedic Spine Surgeon**, September 2022 – Present
Southeastern Spine Institute
Mt. Pleasant, South Carolina

**Orthopaedic Spine Surgeon**, September 2020 – August 2022
South Carolina Sports Medicine and Orthopaedic Center
North Charleston, South Carolina

## POSTGRADUATE TRAINING:

Fellowship:     **Fellow in Complex and Minimally Invasive Spine Surgery**, July 2019 – July 2020
Swedish Medical Center
Seattle, Washington
Fellowship Directors: Jens Chapman, MD & Rod Oskouian, MD

Residency:     **Resident in Orthopaedic Surgery**, July 2014 – June 2019
*Administrative Chief Resident*, *2018 – 2019*
The University of Texas Southwestern Medical Center Parkland Health & Hospital System
Dallas, Texas
Chairmen: Dane Wukich, MD & Adam Starr, MD
Residency Director: Drew Sanders, MD

**Resident in Orthopaedic Surgery**, April 2019 – June 2019
Auckland City Hospital
Auckland, New Zealand
Residency Director: Stuart McCowan, MD

**Resident in Pediatric Orthopaedics & Spinal Deformity**, July 2016 – December 2016
Texas Scottish Rite Hospital for Children
Dallas, Texas
Chief of Staff: Daniel Sucato, MD

## EDUCATION:

Medical School:    **Doctor of Medicine**, July 2010 – May 2014
The University of Louisville School of Medicine
Louisville, Kentucky

Graduate:    **Master of Science in Physiology and Biophysics**, August 2007 – August 2008
The University of Louisville School of Medicine
Louisville, Kentucky

Undergraduate:    **Bachelor of Arts in Kinesiology, *Cum Laude***
**Minor in Biological Science**, August 2003 – May 2007
The University of Kentucky
Lexington, Kentucky

## MEDICAL LICENSURE:

**South Carolina Board of Medical Examiners**
Issued 04/16/2020

## CERTIFICATION:

**American Board of Orthopaedic Surgery**
Certified, 07/24/2022

## CLINICAL & PROFESSIONAL APPOINTMENTS:

2020 – Present        **Reviewer** – *Global Spine Journal*, Official Journal of the AO Spine

2019 – Present        **Reviewer** – *Spinal Cord*, Official Journal of the International Spinal Cord Society

2018 – 2019        **Administrative Chief Resident**, UTSW Department of Orthopaedic Surgery
Dallas, Texas

2018 – 2019        **Chief Resident Committee**, Parkland Health & Hospital System
Dallas, Texas

2018 – 2019        **Chief Resident Council**, UT Southwestern Medical Center
Dallas, Texas

Updated February 2025

## ACADEMIC HONORS & AWARDS:

| | |
|---|---|
| 2019 | **W. Brandon Carrell Distinguished Physician Award**, University of Texas Southwestern Department of Orthopaedic Surgery. *Awarded by the faculty of Texas Scottish Rite Hospital to a graduating resident in recognition of their consistent display of empathy, concern and compassion for patients, colleagues and staff.* |
| 2019 | **G. Truett James Award for Excellence in Teaching**, University of Texas Southwestern Department of Orthopaedic Surgery. *Award given by the orthopaedic surgery residents to a graduating resident in recognition of their dedication to teaching others.* |
| 2005 – 2007 | **Delta Tau Delta Kershner Scholar**, University of Kentucky. *Fraternal award recognizing academic achievement through GPA and Dean's List criteria.* |
| 2005 – 2007 | **Dean's List**, University of Kentucky |

## MEMBERSHIP IN PROFESSIONAL SOCIETIES:

| | |
|---|---|
| 2023 – Present | South Carolina Spine Society |
| 2021 – Present | Charleston Orthopaedic Society |
| 2020 – Present | South Carolina Orthopaedic Association |
| 2019 – Present | Southwestern Orthopaedic Alumni Association |
| 2019 – Present | AO Spine |
| 2017 – Present | North American Spine Society |
| 2014 – Present | American Academy of Orthopaedic Surgeons |

## PEER-REVIEWED PUBLICATIONS:

1. Riepen DW, Chavez AA, **Schell BA**, Khazzam MS, Coyner KJ. Anterior Cruciate Ligament Tears: The Impact of Increased Time Interval from ACL Injury to Surgery on Intra-Articular Lesions. *Accepted for publication The Orthopaedic Journal of Sports Medicine. 2020.*

2. Von Glinski A, Elia CJ, Dettori J, Yilmaz E, Takayanagi A, **Schell BA**, Hayman EG, Chapman JR, Oskouian RJ. Extreme Lateral Interbody Fusion for Thoracic and Thoracolumbar Disease – The Diaphragm Dilemma. *Accepted for publication Global Spine Journal. 2020.*

3. Burley HEK, Ansari DS, Von Glinski A, Goodmanson R, **Schell BA**, Chapman JR, Oskouian RJ. Tulip Screw Head Disjunction from Posterior C2 Fracture Fixation Instrumentation. *Case Rep Orthop*. 2020;2020:5824383. Published 2020 Feb 24. doi:10.1155/2020/5824383. PMID: 32158578.

4. Elia CJ, Arvind V, Brazdzionis J, Von Glinski A, **Schell BA**, Pierre CA, Chapman JR, Oskouian RJ. 90-Day Readmission Rates for Single Level Anterior Lumbosacral Interbody Fusion: A Nationwide Readmissions Database Analysis [published online ahead of print, 2020 Feb 21]. *Spine (Phila Pa 1976)*. 2020;10.1097/BRS.0000000000003443. doi:10.1097/BRS.0000000000003443. PMID: 32097276.

5. O'Brien MC, **Schell BA**, Lands HM, Spanyer JM, Yakkanti M. Massive Gluteal Muscle Necrosis after Iliac Arterial Embolization in Pelvic Trauma: A Literature Review and Illustrative Case Report. *J Orthop. Case Rep*. 2018;8(3):23-27. doi:10.13107/jocr.2250-0685.1092. PMID: 30584510.

**NON-PEER REVIEWED PUBLICATIONS:**

1. Seligson D, **Schell BA**. Case Study: The use of the Hoffman II Compact External Fixator for Treatment of a Distal Radius Fracture. *Stryker Trauma and Extremities*. Literature Number: 20125228. 2012.

**PUBLISHED ABSTRACTS & PROCEEDINGS:**

1. Swann MC, Reddy R, Mange T, Riepen DW, Box HN, **Schell BA**, Wiley MR, Khaleel MA. A Prospective Evaluation of Sleep Quality in Patients Who Undergo Spine Surgery. *Proceedings of the NASS Summer Meeting 2017.* July 2017. Pp 35.

2. Swann MC, Reddy R, Mange T, Riepen DW, Box HN, **Schell BA**, Wiley MR, Romero JA, Khaleel MA. A Prospective Evaluation of Sleep Quality in Patients Who Undergo Spine Surgery. *Proceedings of the ISASS 17th Annual Meeting.* April 2017. Pp 69-70.

3. Kuo CC, Carreon LY, **Schell BA**, Glassman SD. Relative Benefit of TLIF versus PSF at Five-Year Follow-Up Stratified by Diagnostic Indication. *Proceedings of the NASS 29th Annual Meeting. The Spine Journal.* November 2014. Vol 14, Issue 11 (Suppl S). Pp S28-S29. doi:10.1016/j.spinee.2014.08.077

**ORAL RESEARCH PRESENTATIONS:**

1. Hull BR, **Schell BA**, Elliot M, Riccio AI. "Inappropriate Pediatric Orthopaedic Emergency Department Transfers: A Burden on the Healthcare System". Podium presentation at the <u>Society of Military</u> Orthopaedic Surgeons (SOMOS) 61st Annual Meeting. Palm Beach, FL. December 17-20, 2019.

2. Hull BR, **Schell BA**, Elliot M, Riccio AI. "Inappropriate Pediatric Orthopaedic Emergency Department Transfers: A Burden on the Healthcare System". Podium presentation at the <u>Texas Orthopaedic Association (TOA) 2019 Annual Conference.</u> Houston, TX. February 1-2, 2019.

3. **Schell BA**, Argo MB, Sager BW, Mulligan EP, Khazzam MS. "Patient Reported Outcomes at Various Stages of Shoulder Adhesive Capsulitis". Podium presentation at the <u>Charles F. Gregory Memorial Lectureship.</u> Dallas, TX. June 22, 2018.

4. **Schell BA**, Argo MB, Sager BW, Mulligan EP, Khazzam MS. "Patient Reported Outcomes at Various Stages of Shoulder Adhesive Capsulitis". Podium presentation at the <u>Mid-America Orthopaedic</u> Association (MAOA) 36th Annual Meeting. San Antonio, TX. April 18-22, 2018.

5. **Schell BA**, Argo MB, Sager BW, Mulligan EP, Khazzam MS. "Patient Reported Outcomes at Various Stages of Shoulder Adhesive Capsulitis". Podium presentation at the <u>Texas Orthopaedic Association (TOA) 2018 Annual Conference.</u> Fort Worth, TX. April 13-14, 2018.

6. Russell RD, Nwelue EC, **Schell BA**, Huo MH. "Correlation of the Initial Fit of the Modular Tapered Stem to Stem Subsidence in Revision Total Hip Arthroplasty". Podium presentation at the <u>International Hip Society (IHS) Meeting 2017.</u> London, England. September 6-9, 2017.

7. Swann MC, Reddy R, Mange T, Riepen DW, Box HN, **Schell BA**, Wiley MR, Romero JA, Khaleel MA. "A Prospective Evaluation of Sleep Quality in Patients Who Undergo Spine Surgery". Podium presentation at the <u>Charles F. Gregory Memorial Lectureship.</u> Dallas, TX. June 16, 2017.

8. Swann MC, Reddy R, Mange T, Riepen DW, Box HN, **Schell BA**, Wiley MR, Romero JA, Khaleel MA. "A Prospective Evaluation of Sleep Quality in Patients Who Undergo Spine Surgery". Oral poster at the International Society for the Advancement of Spine Surgery (ISASS) 17th Annual Meeting. Boca Raton, FL. April 12-14, 2017.

9.  Swann MC, **Schell BA**, Hotchkiss WR, Santoyo J, Khaleel MA, Gill K. "Sleep Disturbances Associated with Lumbar and Cervical Spine Radiculopathy".  Podium presentation at the <u>Mid-America Orthopaedic Association (MAOA) 34th Annual Meeting</u>.  Bonita Springs, FL.  April 13-17, 2016.

10. Hotchkiss WR, Swann MC, **Schell BA**, Khaleel MA, Gill K. "Sleep Disturbances Associated with Lumbar and Cervical Spine Radiculopathy".  Podium presentation at the <u>Charles F. Gregory Memorial Lectureship.</u>  Dallas, TX. June 5, 2015.

11. Kuo CC, Carreon LY, **Schell BA**, Glassman SD. "Relative Benefit of TLIF vs. PSF at Five-Year Follow-Up Stratified by Diagnostic Indication".  Podium presentation at the <u>American Academy of Orthopaedic</u> Surgeons (AAOS) 81st Annual Meeting.  Las Vegas, NV.  March 24-28, 2015.

12. Kuo CC, Carreon LY, **Schell BA**, Glassman SD. "Relative Benefit of TLIF vs. PSF at Five-Year Follow-Up Stratified by Diagnostic Indication".  Podium presentation at the <u>North American Spine Society 29th Annual Meeting.</u>  San Francisco, CA.  November 12-15, 2014.

13. **Schell BA**, Falcone JC. "Statins: The Fountain of Youthful Bones".  Masters Defense, Podium presentation at the <u>University of Louisville School of Medicine, Department of Physiology and Biophysics.</u>  Louisville, KY.  August 7, 2008.


## POSTER PRESENTATIONS:

1.  **Schell BA**, von Glinski A, Pierre C, Goodmanson R, Qutteineh B, Dettori J, Oskouian RJ, Chapman JR. "Multiple Rod Mayhem: Building a Stable Foundation with MRoCS".  Poster Presentation at 18th Annual <u>AOSpine North America Fellows Virtual Forum.</u>  April 24, 2020.

2.  Swann MC, Reddy R, Mange T, Riepen DW, Box HN, **Schell BA**, Wiley MR, Khaleel MA. "A Prospective Evaluation of Sleep Quality in Patients Who Undergo Spine Surgery".  ePoster presentation at the <u>North American Spine Society (NASS) Summer Meeting 2017.</u>  San Diego, CA.  July 26-29, 2017.

3.  Chavez AA, Riepen DW, Coyner KJ, **Schell BA**, Khazzam MS.  "Anterior Cruciate Ligament Tears: Impact of Delayed Presentation on Intra-Articular Injuries".  Poster presentation at the <u>American Orthopaedic Society for Sports Medicine (AOSSM) 2017 Annual Meeting.</u>  Toronto, Canada.  July 20-23, 2017.

4.  Chavez AA, Riepen DW, Coyner KJ, **Schell BA**, Khazzam MS.  "Anterior Cruciate Ligament Tears: Impact of Delayed Presentation on Intra-Articular Injuries".  ePoster presentation at the <u>Arthroscopy</u> Association of North America (AANA) 36th Annual Meeting.  Denver, CO.  May 18-20, 2017.

5.  Igbinigie M, **Schell BA**, Chen CT, Liu GT, Van Pelt ML. "The Evaluation of Complication Rates: Immediate vs. Delayed Weight Bearing in Management of 1st MTPJ Arthrodesis".  Poster presentation at the American College of Foot and Ankle Surgeons 75th Annual Scientific Conference.  Las Vegas, NV. February 27 – March 2, 2017.

6.  Chavez AA, Riepen DW, Coyner KJ, **Schell BA**, Khazzam MS.  "Anterior Cruciate Ligament Tears: Impact of Delayed Presentation on Intra-Articular Injuries".  ePoster presentation at the <u>Southern</u> Orthopaedic Association (SOA) 33rd Annual Meeting.  Naples, FL.  July 27-30, 2016.

7.  Swann MC, **Schell BA**, Hotchkiss WR, Santoyo J, Khaleel MA, Gill K.  "Sleep Disturbances Associated with Lumbar and Cervical Spine Radiculopathy".  Poster presentation at the <u>International Society for the</u> Advancement of Spine Surgery (ISASS) 16th Annual Meeting.  Las Vegas, NV.  April 6-8, 2016.

**INVITED LECTURES:**

1. **Schell BA**. "Multiple Rod Mayhem: Building a Stable Foundation with MRoCCS". *Spine Technology Education Discovery (STED) Talk Series.* Seattle Science Foundation, Seattle, WA. April 8, 2020.

2. **Schell BA**. "Pelvic Packing versus Angioembolization". *Registrar Education Conference.* Department of Orthopaedic Surgery, Auckland City Hospital, Auckland, New Zealand. May 14, 2019.

3. **Schell BA**. "Timing of Hip Fracture Fixation". *Registrar Education Conference.* Department of Orthopaedic Surgery, Auckland City Hospital, Auckland, New Zealand. May 7, 2019.

4. **Schell BA**. "Lumbar Spondylolisthesis". *Educational Curriculum Lecture Series*. Department of Orthopaedic Surgery, University of Texas Southwestern Medical Center, Dallas, TX. March 7, 2018.

5. **Schell BA**, Ellis HB. "Throwing Injuries in the Immature Athlete". *Educational Curriculum Lecture Series*. Texas Scottish Rite Hospital for Children, Dallas, TX. December 8, 2016.

6. **Schell BA**, Sucato DJ. "Scheuermann's Kyphosis". *13th Annual Fall Spine Symposium.* Texas Scottish Rite Hospital for Children, Dallas, TX. October 28, 2016.

Updated February 2025

**Testim**

| DATE | JM CASE # | COURT CASE # |
|---|---|---|
| 2023 | not JM | Charleston County |
| 9/30/25 | 20384 | 2023CP0900043, Calhoun County, SC |
| 11/7/2025 | Not JM | Charleston County, SC |

**mony History-Benjamin Schell, MD**

| CASE NAME | DEPOSITION/TRIAL |
|---|---|
| Workers comp | Deposition |
| | |
| David Banks vs Eastern Express, Inc. and Terrance M. Andrews | Deposition |
| Tiffany Williams | Deposition |



Invoice No. #42812

Remit To:
IMS Legal Strategies
Lockbox Services: 931382
PO Box 931382
Atlanta GA 31193-1382

**Bill To**
Dana Maurizio Klingener
4922 O'Hear Avenue Suite 301
North Charleston SC 29405
United States

## TOTAL

# $12,204.20

**Due Upon Receipt: Jan 30, 2026 10:09:00 AM**

| Invoice Date | Matter | Matter Name |
|---|---|---|
| 1/30/2026 | 21579 | JM File # 21579; Sheila Bell and Joshua Bell v Santhan Manthiri and 9121-5848 Quebe |

| Item | Expert | Date | Rate | Quantity | Amount |
|---|---|---|---|---|---|
| Medical records received/reviewed for PT1 Only (1407 pages) | Seth Bowman MD | 1/22/2026 | $895.00 | 8.46 | $7,571.70 |
| Expedite Fee – Review requested within 17 days of receiving records | Seth Bowman MD | 1/22/2026 | $1,500.00 | 1 | $1,500.00 |
| Medical Expert narrative report on PT | Seth Bowman MD | 1/29/2026 | $895.00 | 3 | $2,685.00 |
| Phone conference with Attorney/Client | Seth Bowman MD | 1/29/2026 | $895.00 | 0.5 | $447.50 |

| | | |
|---|---|---|
| **Subtotal** | | $12,204.20 |
| **Tax Total (%)** | | |
| **Total** | | $12,204.20 |

We appreciate your trust and business!

Payment due upon receipt.

| **Contact Us:** | **ACH Payment Information:** | **Regular Lockbox Address:** |
|---|---|---|
| ar@imslegal.com | Wells Fargo Bank | IMS Legal Strategies, |
| | Acct Name: IMS Legal Strategies | Lockbox Services: 931382 |
| **Corporate Physical Address:** | Acct No. 4941334765 | PO Box 931382 |
| IMS Legal Strategies | ACH Routing (ABA) No. 121000248 | Atlanta GA 31193-1382 |
| 10101 Reunion Pl, Ste 970 | Wire Routing No. 121000248 | |
| San Antonio, TX 78216 | Swift#: WFBIUS6S | **Overnight Payment Address:** |
| | | Lockbox Services: 931382 |
| **EIN:** 82-3398725 | | IMS Legal Strategies |
| | | 3585 Atlanta Avenue |
| | | Hapeville, GA 30354-1705 |



Invoice No. #42906

Remit To:
IMS Legal Strategies
Lockbox Services: 931382
PO Box 931382
Atlanta GA 31193-1382

**Bill To**
Dana Maurizio Klingener
4922 O'Hear Avenue Suite 301
North Charleston SC 29405
United States

# TOTAL

# $13,349.80

**Due Upon Receipt: Feb 2, 2026 11:40:00 AM**

| Invoice Date | Matter | Matter Name |
|---|---|---|
| 1/31/2026 | 21579 | JM File # 21579; Sheila Bell and Joshua Bell v Santhan Manthiri and 9121-5848 Quebe |

| Item | Expert | Date | Rate | Quantity | Amount |
|---|---|---|---|---|---|
| Medical records received/reviewed PT1 and PT2 (1407 pages) | Benjamin A Schell, MD | 1/22/2026 | $895.00 | 11.07 | $9,907.65 |
| Expedite Fee – Review requested within 17 days of receiving records | Benjamin A Schell, MD | 1/22/2026 | $1,500.00 | 1 | $1,500.00 |
| Phone conference with Attorney/Client | Benjamin A Schell, MD | 1/30/2026 | $895.00 | 0.17 | $152.15 |
| Medical Expert report on PT1 and PT2 | Benjamin A Schell, MD | 1/30/2026 | $895.00 | 2 | $1,790.00 |

|  |  |
|---|---|
| **Subtotal** | $13,349.80 |
| **Tax Total (%)** | |
| **Total** | $13,349.80 |

We appreciate your trust and business!

Payment due upon receipt.

| **Contact Us:** | **ACH Payment Information:** | **Regular Lockbox Address:** |
|---|---|---|
| ar@imslegal.com | Wells Fargo Bank | IMS Legal Strategies, |
| | Acct Name: IMS Legal Strategies | Lockbox Services: 931382 |
| **Corporate Physical Address:** | Acct No. 4941334765 | PO Box 931382 |
| IMS Legal Strategies | ACH Routing (ABA) No. 121000248 | Atlanta GA 31193-1382 |
| 10101 Reunion Pl, Ste 970 | Wire Routing No. 121000248 | |
| San Antonio, TX 78216 | Swift#: WFBIUS6S | **Overnight Payment Address:** |
| | | Lockbox Services: 931382 |
| **EIN:** 82-3398725 | | IMS Legal Strategies |
| | | 3585 Atlanta Avenue |
| | | Hapeville, GA 30354-1705 |