IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| SHEILA BELL and JOSHUA BELL,<br><br>               Plaintiffs,<br><br>v.<br><br>SANTHAN MANTHIRI and 9121-5848 QUEBEC INC, d/b/a ADVANCE FREIGHT SERVICES,<br><br>               Defendants. | Civil Action No.: 9:25-cv-04788-RMG<br><br><br>**SECOND CONSENT MOTION TO AMEND SCHEDULING ORDER** |

      Defendants, by and through their undersigned attorneys, hereby move the court to amend the prior Conference and Scheduling Order in accordance with the proposed scheduling order attached hereto. The current deadlines are set forth in the Conference and Scheduling Order dated October 28, 2025, and filed herein (Entry Number 13). Opposing counsel agrees to the proposed Consent Amended Scheduling Order.

**WE SO MOVE:**

s/ Dana Maurizio Klingener
Dana M. Klingener, (FED ID No.: 13414)
Willson Jones Carter & Baxley, P.A.
4922 O'Hear Avenue, Suite 301
North Charleston, SC  29405
(843) 284-1096; (843) 606-3300 (fax)
dmklingener@wjcblaw.com
Attorneys for Defendants

**WE CONSENT:**

s/Jonathan D. Graham
Jonathan D. Graham ( FED Id No: 13969)
MORGAN & MORGAN, P.A.
4401 Belle Oaks Drive, Suite 300
North Charleston, SC 29405
(843) 947-6063; (843) 847-6113 (fax)
jgraham@forthepeople.com
Attorneys for Plaintiff