IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| SHEILA BELL and JOSHUA BELL, <br><br> Plaintiffs, <br><br> v. <br><br> SANTHAN MANTHIRI and 9121-5848 QUEBEC INC, d/b/a ADVANCE FREIGHT SERVICES, <br><br> Defendants. | Civil Action No.: 9:25-cv-04788-RMG <br><br><br> **PROPOSED ORDER GRANTING SECOND CONSENT MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY** |

The Parties, by way of counsel, in the above-mentioned action have requested this Court enter a Second Amended Scheduling Order to allow for the orderly completion of discovery. The parties attached a proposed Second Amended Scheduling Order for the Court's consideration to their Motion. Id. The Motion was made in good faith, and not for purposes of delay.

**IT IS THEREFORE ORDERED** that the parties' Second Consent Motion for Extension of Time to Complete Discovery is hereby Granted.

**IT IS SO ORDERED.**

                                                                                  _____
                                                                                  United State District Judge

Beaufort, South Carolina
February \_\_\_, 2026