IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

SHEILA BELL and JOSHUA BELL,

                Plaintiffs,

v.

SANTHAN MANTHIRI and 9121-5848 QUEBEC INC, d/b/a ADVANCE FREIGHT SERVICES,

                Defendants.

Civil Action No.: 9:25-cv-04788-RMG

**SECOND AMENDED SCHEDULING ORDER**

1. <u>Discovery</u>: Discovery shall be completed no later than **June 1, 2026**. All discovery requests shall be served in time for the responses thereto to be served by this deadline. De bene esse depositions must be completed by discovery deadline. No motions relating to discovery shall be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.02.

2. <u>Motions in Limine</u>: Motions in Limine must be filed no sooner than fifteen (15) days and no later than ten (10) days prior to the date certain set for jury selection and trial.

3. <u>Dispositive Motions and Daubert Motions</u>: All dispositive motions and Daubert motions shall be filed on or before **June 15, 2026**.

4. <u>Pretrial Disclosures</u>: No later than **twenty-one (21) business days prior to jury selection**, the parties shall file and exchange Fed. R. Civ. P. 26(a)(3) pretrial disclosures. Within fourteen (14) days thereafter, a party shall file and exchange Fed. R. Civ. P. 26(a)(3) objections, any objections to use of a deposition designated by another party and any deposition counter-designations under Fed. R. Civ. P. 32(a)(4).

5. <u>Pretrial Briefs</u>: Parties shall furnish the Court and serve pretrial briefs **five (5) business days prior to the date set for jury selection** (Local Civil Rule 26.05). Attorneys shall meet at least five (5) business days prior to the date set for submission of pretrial briefs for the purpose of exchanging and marking all exhibits. See Local Civil Rule 26.07.

6. <u>Trial</u>: This case is subject to being called for jury selection and/or trial on or after **September 1, 2026.**

                      <u>s/ Richard Mark Gergel</u>
                      United States District Court

February 25, 2026

Charleston, SC