IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

SHEILA BELL and JOSHUA BELL,

Civil Action No.: 9:25-cv-04788-RMG

Plaintiffs,

v.

SANTHAN MANTHIRI and 9121-5848
QUEBEC INC, d/b/a ADVANCE FREIGHT
SERVICES,

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Defendants.

WHEREAS, that Plaintiffs and Defendants have settled and compromised their differences

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Plaintiffs hereby dismiss

and end this action with prejudice as to all claims filed or which could have been filed arising out

of the subject matter of the within lawsuit.  This is with the consent of all parties who have

appeared in this action, with each side to bear its own costs and attorneys' fees.

| s/Jonathan D. Graham | s/Dana M. Klingener |
|---|---|
| Jonathan D. Graham, Fed. Bar No.: 13969 | Dana M. Klingener, Fed. Bar No.: 13414 |
| Morgan & Morgan, P.A. | Willson Jones Carter & Baxley, P.A. |
| jgraham@forthepeople.com | dmklingener@wjcblaw.com |
| 4401 Belle Oaks Drive, Suite 300 | 4922 O'Hear Ave., Suite 301 |
| North Charleston, SC  29405 | North Charleston, SC  29405 |
| (843) 947-6063 | (843) 284-1096 |
| jgraham@forthepeople.com | dmklingener@wjcblaw.com |
|  |  |
| Attorneys for Plaintiffs | Attorneys for Defendants |